[Nos. 73899-2-I; 73697-3-I.   Division One.   December 12, 2016.]

*In the Matter of the Parental Rights to* S.J.A.G.V.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. MONTEL JACKSON, *Appellant.*

Appeals from a judgment of the Superior Court for King County, Nos. 13-7-12243-8 and 15-7-00301-0, William L. Downing, J., entered September 8, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Spearman, JJ.

[No. 74002-4-I.   Division One.   December 12, 2016.]

*In the Matter of the Dependency of* M.B.S.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. MARY SPEHAR, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 14-7-00870-9, Brian L. Stiles, J., entered September 8, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Spearman, JJ.

[Nos. 74150-1-I; 74153-5-I;   Division One.   December 12, 2016.]
      74152-7-I; 74151-9-I.

*In the Matter of the Parental Rights to* S.J.A.G.V. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. CYNTHIA MICHELLE VAUGHN, *Appellant.*

Appeals from a judgment of the Superior Court for King County, Nos. 15-7-00301-0, 15-7-00302-8, 15-7-00303-6, and 15-7-00304-4, William L. Downing, J., entered September 8, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Spearman, JJ.